[Cite as *State v. Bell*, 2023-Ohio-822.]

## COURT OF APPEALS OF OHIO

## EIGHTH APPELLATE DISTRICT
## COUNTY OF CUYAHOGA

| | | |
|---|---|---|
| STATE OF OHIO, | : | |
| Plaintiff-Appellee, | : | |
| | | No. 111899 |
| v. | : | |
| TIMOTHY A. BELL, | : | |
| Defendant-Appellant. | : | |

JOURNAL ENTRY AND OPINION

**JUDGMENT:** AFFIRMED
**RELEASED AND JOURNALIZED:** March 16, 2023

Criminal Appeal from the Cuyahoga County Court of Common Pleas
Case No. CR-21-665320-A

## *Appearances:*

Michael C. O'Malley, Cuyahoga County Prosecuting Attorney, and Michael Timms, Assistant Prosecuting Attorney, *for appellee*.

Cullen Sweeney, Chief Public Defender, and Rick L. Ferrara, Assistant Public Defender, *for appellant*.

EILEEN A. GALLAGHER, J.:

{¶ 1} Defendant-appellant Timothy A. Bell ("Bell") appeals the imposition of an indefinite sentence pursuant to a conviction for robbery in Cuyahoga C.P. No. CR-22-667283-A.[1]

{¶ 2} Because this court in *State v. Delvallie* 2022-Ohio-470, 185 N.E.3d 536 (8th Dist.) (en banc), has addressed and overruled Bell's arguments that S.B. 201 violates the doctrine of separation of powers, we affirm Bell's convictions.

{¶ 3} Bell raised one assignment of error:

The trial court erred when it found S.B. 201 to be Constitutional and imposed an indefinite sentence pursuant to S.B. 201.

{¶ 4} In *Delvallie, supra*, this court sitting en banc overruled the arguments Bell presents in this appeal. As such, the sole assignment of error is overruled.

{¶ 5} Judgment affirmed.

It is ordered that appellee recover from appellant costs herein taxed.

The court finds there were reasonable grounds for this appeal.

It is ordered that a special mandate issue out of this court directing the common pleas court to carry this judgment into execution.

---

[1] Appellant's notice of appeal incorporates a second case in which he entered a plea of guilty to drug possession in Cuyahoga C.P. No. CR-21-665320-A. In that case, he was sentenced to a term of one year which was ordered to be served concurrently to the sentence for robbery in Cuyahoga C.P. No. CR-22-667283-A. The Reagan Tokes Act does not apply to that sentence.

A certified copy of this entry shall constitute the mandate pursuant to Rule 27 of the Rules of Appellate Procedure.

_____
EILEEN A. GALLAGHER, JUDGE

FRANK DANIEL CELEBREZZE, III, P.J., and
MICHAEL JOHN RYAN, J., CONCUR